**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00801-CV

## CHRISTY WASHINGTON WALKER, M.D., Appellant

## V.

## AMANDA ONUGHA, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-06365-2018

## ORDER

Before the Court is appellee's September 4, 2019 opposed motion for leave to file her responsive brief. Attached as an exhibit to the motion is the brief.

We **GRANT** the motion and **ORDER** appellee to file her responsive brief no later than September 13, 2019.

/s/      BILL WHITEHILL
JUSTICE